# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-2892

_____

United States of America

*Plaintiff - Appellee*

v.

Gina Denise Hendrix

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: January 18, 2024
Filed: January 24, 2024
[Unpublished]

_____

Before BENTON, KELLY, and STRAS, Circuit Judges.

_____

PER CURIAM.

Gina Hendrix received a 132-month sentence after she pleaded guilty to conspiring to distribute methamphetamine and possessing it with intent to distribute. *See* 21 U.S.C. §§ 841(a)(1), (b)(1)(A), 846. An *Anders* brief suggests that the sentence is substantively unreasonable. *See Anders v. California*, 386 U.S. 738 (1967).

We conclude otherwise. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (reviewing the reasonableness of a sentence for an abuse of discretion). The record establishes that the district court[1] sufficiently considered the statutory sentencing factors, 18 U.S.C. § 3553(a), and did not rely on an improper factor or commit a clear error of judgment. *See United States v. McDaniels*, 19 F.4th 1065, 1067 (8th Cir. 2021) (per curiam) (explaining that the district court has "wide latitude to weigh the relevant sentencing factors" and "weighing [them] differently than a defendant would have preferred does not alone justify reversal" (citation omitted)).

We have also independently reviewed the record and conclude that no other non-frivolous issues exist. *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988). We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____

---

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.